UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES VASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O' MALLEY, Commissioner of Social Security,<br><br>Defendant. | Case No.  1:24-cv-00595-BAM<br><br>**ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER**<br><br>(Doc. 2) |

Pending before the Court is Plaintiff Lourdes Vasquez's ("Plaintiff") application to proceed *in forma pauperis* under 28 U.S.C. § 1915.  (Doc. 2.)  Plaintiff has made the showing required by § 1915, and the request to proceed *in forma pauperis* will be granted.  28 U.S.C. § 1915(a).

///

///

///

///

///

///

///

///

1

1      Accordingly, IT IS HEREBY ORDERED as follows:

2      1.  Plaintiff's application to procced *in forma pauperis* is GRANTED;

3      2.  The Clerk of the Court is directed to issue new case documents, including the

4          Scheduling Order;

5      3.  The Clerk of the Court also is directed to issue summons and service shall proceed

6          under the Court's E-Service program with the Clerk delivering to the Commissioner of

7          Social Security Administration and the United States Attorney's Office at their

8          designated email addresses, a notice of electronic filing of the action along with the

9          summons and complaint.

10

11  IT IS SO ORDERED.

12      Dated:   **May 20, 2024**                    /s/ *Barbara A. McAuliffe*

13                                          UNITED STATES MAGISTRATE JUDGE

2