1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBN 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  ERIN A. JURRENS, MO 61402
   Special Assistant United States Attorney
5  Office of the General Counsel
   Social Security Administration
6  6401 Security Boulevard
   Baltimore, MD 21235
7  Telephone: (877) 833-2445
   E-Mail: Erin.Jurrens@ssa.gov
8  Attorneys for Defendant
9

10              **UNITED STATES DISTRICT COURT**

11              **EASTERN DISTRICT OF CALIFORNIA**

12

13  LOURDES VASQUEZ,                          ) Case No.: 1:24-cv-00595-JLT-BAM
                                              )
14            Plaintiff,                      ) STIPULATION AND [~~PROPOSED~~] ORDER
                                              ) FOR AN EXTENSION OF TIME
15     vs.                                    )
                                              )
16  Commissioner of Social Security,          )
                                              )
17                                            )
              Defendant.                      )
18                                            )
                                              )

19       Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the

20  parties, through their respective counsel of record, that the time for Defendant to respond to

21  Plaintiff's Motion for Summary Judgment be extended thirty (30) days from September 13,

22  2024, up to and including October 15, 2024.  This is Defendant's first request for an extension.

23       Defendant requests this extension in order to further consider the administrative record in

24  light of the issues raised in Plaintiff's motion.  The undersigned has a number of competing

25  deadlines in cases pending in this district and other districts.

26       The parties further stipulate that the Court's Scheduling Order shall be modified

27  accordingly.

28

Stip. for Ext.; 1:24-cv-00595-JLT-BAM                    1

Respectfully submitted,

Dated: September 10, 2024

/s/ *Jonathan O. Pena*\*
(*as authorized via e-mail on September 10, 2024)
JONATHAN O. PENA
Attorney for Plaintiff

Dated: September 10, 2024

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:       /s/ *Erin A. Jurrens*
ERIN A. JURRENS
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, and cause appearing, Defendant shall have an extension, up to and including October 15, 2024, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   **September 10, 2024**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE