UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES VASQUEZ,<br><br>          Plaintiff,<br><br>   v.<br><br>FRANK BISIGNANO, Commissioner of Social Security[1],<br><br>          Defendant. | Case No.  1:24-cv-00595-JLT-BAM<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPEAL, GRANTING DEFENDANT'S REQUEST TO AFFIRM, AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF DEFENDANT<br><br>(Docs. 11, 15, 16) |

Lourdes Vasquez seeks judicial review of a final decision denying her applications for disability insurance benefits and supplemental security income under the Social Security Act. (*See* Docs. 1, 11.)  Plaintiff asserts the administrative law judge erred by failing to fully develop the record regarding plaintiff's physical condition and by failing to offer any reasons for rejecting plaintiff's subjective complaints.  (Doc. 11 at 2, 5, 7.)  The Commissioner moves to affirm.  (Doc. 15 at 2-8.)

The magistrate judge determined that there was "no indication that the record was inadequate or ambiguous such that it triggered the ALJ's duty to further develop the record." (Doc. 16 at 5.)  The magistrate judge also observed that the ALJ held the record open after the

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Frank Bisignano as the defendant in this action.

1

hearing for plaintiff to supplement with additional records and noted that an "ALJ can discharge the duty to develop the record further by 'keeping the record open after the hearing to allow supplementation of the record.'" (*Id.* at 6, quoting *Tonapetan v. Halter*, 242 F.3d 1144, 1150 (9th Cir. 2001).) Further, the magistrate judge determined that the ALJ provided specific, clear and convincing reasons for discounting plaintiff's subjective complaints. (Doc. 16 at 9-12.) Thus, the magistrate judge recommended the Court deny plaintiff's appeal, affirm the agency's determination to deny benefits, and enter judgment in favor of defendant. (*Id.* at 12.) '

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 16 at 12.) Plaintiff filed objections on July 23, 2025. (Doc. 17.) The Commissioner did not file objections or a response to plaintiff's objections, and the time in which to do so has passed. This Court has reviewed the matter de novo. The Findings and Recommendations are supported by the record and proper analysis. Plaintiff's objections largely reiterate arguments in her motion (Doc. 11), which the magistrate judge was correct to reject for the reasons in the Findings and Recommendations. The cases Plaintiff cites in her objections also support the magistrate judge's conclusions. *See, e.g.*, *Labuga v. Comm'r of Soc. Sec.*, No. 24-00890, 2025 WL 1911690, at *6–7 (E.D. Cal. July 11, 2025) (rejecting similar claim of an ambiguous and incomplete record). Thus, the Court **ORDERS**:

1. The Findings and Recommendations (Doc. 16) are **ADOPTED**.

2. Plaintiff's appeal and request for remand (Doc. 11) are **DENIED**.

3. Defendant's request to affirm the administrative decision (Doc. 15) is **GRANTED**.

4. The Clerk of the Court is directed to terminate any pending motions; enter judgment in favor of Defendant Frank Bisignano, Commissioner of Social Security, and against Plaintiff Lourdes Vasquez; and to close this case.

IT IS SO ORDERED.

Dated:    **February 4, 2026**

_____
UNITED STATES DISTRICT JUDGE

2